| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Kolwe, John W. | 2. Court or Organization<br><br>U. S. Bankruptcy Court | 3. Date of Report<br><br>01/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U. S. Bankruptcy Court<br>300 Jackson Street, Ste. 201<br>Alexandria, LA 71301 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors 2013 to Present | Chorale Acadienne (Non-Profit) |
| 2. | Equity Partner 2013 - 2015 | Jones Walker |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Jones Walker - Salary | $338,059.00 |
| 2. 2014 | Jones Walker - Salary | $309,149.00 |
| 3. 2015 * | Jones Walker - Salary | $105,172.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014-2015 | Andre' Comeaux Campaign - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 01/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 01/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J P Morgan Chase | A | Interest | K | T | Exempt | | | | |
| 2. Northwestern Mutual/Ins-Whole Life | C | Dividend | M | T | Exempt | | | | |
| 3. Iberia Bank | A | Interest | K | T | Exempt | | | | |
| 4. Etrade - US Treas Bond | A | Interest | J | T | Exempt | | | | |
| 5. Fidelity Investments #1: | | | | | | | | | |
| 6. Strategic Adv Core (FCSAX) | A | Dividend | J | T | Exempt | | | | |
| 7. Strategic Adv Growth (FSGFX) | A | Dividend | J | T | Exempt | | | | |
| 8. Strategic Adv Val (FVSAX) | A | Dividend | J | T | Exempt | | | | |
| 9. Strategic Adv Emer (FSAMX) | A | Dividend | J | T | Exempt | | | | |
| 10. Strategic Adv Small-Mid (FSCFX) | A | Dividend | J | T | Exempt | | | | |
| 11. Strategic Adv Int (FILFX) | A | Dividend | J | T | Exempt | | | | |
| 12. Arden Alt (ARDNX) | | None | J | T | Exempt | | | | |
| 13. Blackstone (BXMMX) | | None | J | T | Exempt | | | | |
| 14. Fidelity Short Term (FSHBX) | | None | J | T | Exempt | | | | |
| 15. Strategic Adv Short (FAUDX) | A | Dividend | J | T | Exempt | | | | |
| 16. Strategic Adv Income (FPIOX) | A | Dividend | J | T | Exempt | | | | |
| 17. Strategic Adv Core (FPCIX) | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 01/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Global (TPINX) | A | Dividend | J | T | Exempt | | | | |
| 19. FIMM MMKT (FNSXX) | | None | J | T | Exempt | | | | |
| 20. Fidelity Investments #2: | | | | | | | | | |
| 21. Strategic Adv Core (FCSAX) | A | Dividend | M | T | Exempt | | | | |
| 22. Strategic Adv Growth (FSGFX) | A | Dividend | L | T | Exempt | | | | |
| 23. Strategic Adv Value (FVSAX) | A | Dividend | L | T | Exempt | | | | |
| 24. Strategic Adv Emer (FSAMX) | A | Dividend | K | T | Exempt | | | | |
| 25. Strategic Adv Small (FSCFX) | A | Dividend | K | T | Exempt | | | | |
| 26. Strategic Adv Inter (FILFX) | B | Dividend | M | T | Exempt | | | | |
| 27. Arden Alt (ARDNX) | | None | J | T | Exempt | | | | |
| 28. Blackstone (BXMMX) | A | Dividend | J | T | Exempt | | | | |
| 29. Fidelity Short Term (FSHBX) | A | Dividend | J | T | Exempt | | | | |
| 30. Strategic Adv Short (FAUDX) | A | Dividend | K | T | Exempt | | | | |
| 31. Strategic Adv Income Fund (FPIOX) | A | Dividend | K | T | Exempt | | | | |
| 32. Strategic Adv Core Fund (FPCIX) | B | Dividend | L | T | Exempt | | | | |
| 33. Templeton Global Bond (TPINX) | A | Dividend | J | T | Exempt | | | | |
| 34. FIMM MKT FNSXX | | None | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 01/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III - Income for January to July 2015 is estimated to the best of knowledge received by law firm.  The official documents will not be completed until April 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Kolwe, John W. | 01/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Kolwe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544